# Third District Court of Appeal

## State of Florida

Opinion filed April 10, 2024.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D22-1453
Lower Tribunal No. 19-16336
_____

**Deauville Hotel Property, LLC**,
Appellant,

vs.

**Trane U.S. Inc., et al.**,
Appellees.

An Appeal from the Circuit Court for Miami-Dade County, Jennifer D. Bailey, Judge.

Dorta Law, and Gonzalo R. Dorta; Bruce S. Rogow, P.A., and Tara A. Campion (Boca Raton), and Bruce S. Rogow (Cedar Mountain, NC), for appellant.

White & Case LLP, and Raoul G. Cantero and W. Dylan Fay; Hamilton Miller & Birthisel LLP, and Schuyler A. Smith and Bradley A. Silverman; Conroy Simberg, and Diane H. Tutt (Hollywood), for appellees.

Before EMAS, SCALES, and BOKOR, JJ.

PER CURIAM.

Affirmed. <u>See</u> <u>Bothmann v. Harrington</u>, 458 So. 2d 1163, 1167 (Fla. 3d DCA 1984) ("[A] *potential* indemnitor should be given every opportunity to defend the main action.").